**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re:

TONY V SUTTON                                   CASE NO. 21-bk-02206-LVV
                                                                            CHAPTER 7

        Debtor.
_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT THE GEORGE C. YOUNG FEDERAL COURTHOUSE 400 WEST WASHINGTON STREET, SUITE 5100, ORLANDO, FL 32801 WITHIN TWENTY-ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

**YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

        U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1 ("Movant"), seeks, pursuant to 11 U.S.C. §362(d), relief from the automatic stay and states:

1. On September 17, 2019, the Circuit Court in and for Volusia County, Florida entered a Final Judgment of Foreclosure ("Final Judgment") against the Debtor regarding the following property:

**LOT 8, IN BLOCK 776, OF DELTONA LAKES UNIT THIRTY-TWO, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN MAP BOOK 27, AT PAGE(S) 101-118, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

**AKA 2816 South Slater Drive, Deltona, Florida 32725 ("Property")**.

2. The Final Judgment is in the amount of $125,054.49. A copy of the Final Judgment is attached hereto as Composite Exhibit "A."

3. Pursuant to Local Rule 4001-1(c)(1)(C), the following is the default information on the loan as of May 19, 2021, the total debt owed was $141,436.49.

4. According to the Broker's Price Opinion, the value of the Property is $175,000.00. A copy of the BPO is attached hereto as Composite Exhibit "A."

5. While 11 U.S.C. §362(a) imposes a stay against actions taken on property of the estate, 11 U.S.C. §362(d)(1) provides a basis for relief from that stay for cause.

6. Bankruptcy courts conduct a case-by-case inquiry and apply a totality of the circumstances test to determine whether cause for relief from the automatic stay exists. *In re Laminate Kingdom LLC,* 2008 Bankr. LEXIS 1594 (Bankr. S.D. Fla. Mar. 13, 2008), citing *In re Aloisi,* 261 B.R. 504, 508 (Bankr. M.D.Fla. 2001).

7. The circumstances here warrant relief from the automatic stay for cause:

   i. The Volusia County Circuit Court initially set the sale of the Property for November 7, 2019.

   ii. The Debtor filed case number 6:19-bk-07301-LVV ("Initial Bankruptcy") on November 5, 20219, which operated to stop the sale of the Property.

      iii. The Debtor failed to fail to maintain plan payments in the Initial Bankruptcy case and the Court dismissed the case on February 6, 2020.

      iv. Similarly, here, the Debtor filed the bankruptcy one day before the rescheduled sale date of May 13, 2021, which again operated to stop the sale of the Property.

8. Furthermore, Movant is not receiving payments to protect against the erosion of its security interest in the Property.

9. If Movant is not permitted to enforce its lien on the Property, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

    a. terminating the automatic stay;

    b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Property described herein; and

    c. granting such other relief that the Court may deem just and proper.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E:bk@stewartlegalgroup.com
Counsel for Movant

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 24th day of May 2021.

>  */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Tony V Sutton
2816 South Slater Drive
Deltona, FL 32738

**VIA CM/ECF NOTICE**
Eric A. Morgan
Morgan Law PA
2800 Aurora Road,Suite J
Melbourne, FL 32935

Arvind Mahendru
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708