IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT IN
AND FOR VOLUSIA COUNTY FLORIDA
CIRCUIT CIVIL DIVISION

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE, SUCCESSOR IN INTEREST TO
WACHOVIA BANK, N.A., AS TRUSTEE FOR
PARK PLACE SECURITIES, INC., ASSET-
BACKED PASS-THROUGH CERTIFICATES,
SERIES 2004-WWF1 ,
    Plaintiff(s)

CASE NO.: 2018 11972 CIDL
vs.                                                       DIVISION:

TONY V. SUTTON A/K/A TONY SUTTON; ARGENT MORTGAGE COMPANY LLC; FLORIDA
HOUSING FINANCE CORPORATION; ANY AND ALL UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE
NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; UNKNOWN
PARTY #1, UNKNOWN PARTY #2, UNKNOWN PARTY #3, AND UNKNOWN PARTY #4 THE NAMES
BEING FICTITIOUS TO ACCOUNT FOR PARTIES IN POSSESSION,
Defendant(s).

FINAL JUDGMENT OF FORECLOSURE

       THIS ACTION was heard before the Court at the Non-Jury Trial on September 17, 2019. On the evidence presented,

       IT IS ADJUDGED that:

1.    The Plaintiff's Final Judgment is GRANTED. Service of process has been duly and regularly obtained over **Tony V. Sutton a/k/a Tony Sutton; Argent Mortgage Company, LLC; and Florida Housing Finance Corporation;** defendants.

2.    There is due and owing to the Plaintiff the following:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $108,492.70 |
| Interest on the note and mortgage from February 1, 2018 to September 9, 2019 | $6,095.59 |
| Interest from September 10, 2019 to September 17, 2019 | $83.20 |
| Escrow Advanced | $3,436.30 |
| Attorney's fees total: | $3,450.00 |

(*The requested attorney's fee is a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the Court finds that a lodestar analyses is not necessary and that the flat fee is reasonable.)

**Court Costs:**

| | |
|---|---|
| Title Search Expense | $290.00 |
| Filing Fee | $920.50 |
| Service of Process | $485.00 |
| Summons | $50.00 |
| LP Update | $65.00 |

**Additional Costs:**

| | |
|---|---|
| Late Charges | $86.20 |
| Property Inspections | $150.00 |

FILED SEP 17 2019 CLERK OF THE CIRCUIT CITY. COURT VOLUSIA CTY., FL

| | |
|---|---|
| Property Preservation | $375.00 |
| BPO | $475.00 |
| Title Fees | $600.00 |
| **GRAND TOTAL** | **$125,054.49** |

3. The grand total amount referenced in Paragraph 2 shall bear interest from this date forward at the prevailing legal rate of interest.

4. Plaintiff, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1, whose address is c/o Specialized Loan Servicing, 8742 Lucent Blvd., Highlands Ranch, CO 80129-2302, holds a lien for the grand total sum specified in Paragraph 2 herein. The lien of the Plaintiff is superior to any right, title, interest or claim of the defendants and all persons, corporations, or other entities claiming by, through or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants, with the exception of any assessments that are superior pursuant to the Florida Statutes, Section 718.116 and Section ▮▮▮▮▮. The Plaintiff's lien encumbers the subject property located in Volusia County, Florida and described as

**LOT 8, IN BLOCK 776, OF DELTONA LAKES UNIT THIRTY-TWO, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN MAP BOOK 27, AT PAGE(S) 101-118, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

**Property address: 2816 S SLATER DRIVE, DELTONA, FL 32738**

5. If the grand total amount with interest at the rate described in Paragraph 3 to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale to the highest bidder on Nov. 7, 2019, at electronically/online at http://www.volusia.realforeclose.com, to the highest bidder for chase, except as prescribed in Paragraph 6, at 11:00AM EST, after having first given notice as required by Section 45.031, Florida Statutes. The Clerk shall not conduct the sale in the absence of the Plaintiff or its representative.

6. Plaintiff shall advance all subsequent costs of this action in addition to any advances to protect its collateral and shall be reimbursed for them by the clerk if Plaintiff is not the purchaser of the property for sale. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. The clerk shall receive the service charge imposed in Section 45.031, Florida Statutes, for service in making, recording, and certifying the sale and title that shall be assessed as costs.

7. On filing the Certificate of Sale, defendant's right of redemption as prescribed by Florida Statutes, Section 45.0315 shall be terminated.

8. On filing the Certificate of Title, the Clerk shall distributed the proceeds of the sale, so far as they are sufficient by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the certificate; third, Plaintiff's attorneys' fees; fourth, the total sum due to the Plaintiff, less the items paid, plus interest the rate prescribed in paragraph 3 from this date to the date of the sale. During the sixty (60) days after the Clerk issues the certificate of disbursements, the Clerk shall hold the surplus pending further Order of this Court.

9. Upon filing of the Certificate of Title, defendant and all persons claiming under or against defendant since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property.

10. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the Plaintiff, that the flat fee of $3,450.00 is reasonable and appropriate for the Plaintiff's counsel's attorney's fees. The Court finds that there are no reasons for either reduction or enhancement pursuant to Florida patient's Compensation Funds v. Rowe, 472 So. 2d 1145 (Fla. 1985), and the Court therefore has awarded reasonable attorney's fees in the amount indicated in paragraph 2 of this judgment.

11.     **NOTICE PURSUANT TO AMENDMENT TO SECTION 45.031, FLA. ST. (2006).**

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT. IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, IF ANY, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THE DATE THAT THE CLERK REPORTS THE FUNDS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, VOLUSIA COUNTY CLERK OF COURT ATTN: FORECLOSURE P.O. BOX 6043 DELAND, FL 32721-6043 VOLUSIA COUNTY CLERK OF COURT ATTN: FORECLOSURE 101 N. ALABAMA AVE.

DELAND, FL 32724[TELEPHONE (386) 736-5907], WITHIN TEN (10) DAYS AFTER THE SALE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT COMMUNITY LEGAL SERVICES OF MID-FLORIDA, INC., 128-A Orange Avenue #100, Daytona Beach, FL 32114-4310, TELEPHONE (386) 255-6573, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT FLORIDA RURAL LEGAL SERVICES, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

12.     If Plaintiff is the successful purchaser at the foreclosure sale, Plaintiff may assign the successful bid without further order of this court.

13.     The Court finds that Plaintiff has standing to seek and receive the relief obtained herein.

14.     Any funds payable from third party funds including attorney fees and costs shall be made payable to Plaintiff.

15.     The Court specifically reserves jurisdiction to enter further orders the Court deems just and proper to include, without limitation, the following: orders related to pursuit and entry of deficiency judgment, if Defendant has not been discharged in bankruptcy, or it is not prohibited by federal law or mutual settlement agreement; orders granting additional attorney's fees and costs; writs of possession; orders determining the amount and responsibility for assessments that may be due a condominium or homeowner's association pursuant to sections 718.116 or 720.3085 of the Florida Statutes; orders arising out of re-foreclosure, to include permitting a supplemental complaint to add an interest-holder, and/or; orders involving reformation of the mortgage instrument or deed to perfect title.

ORDERED at Volusia County, Florida on _September 19_, 20_19_

_____
Circuit Judge

ST-13-020441
Case No.: 2018 11972 CIDL

Copies furnished to:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
eService: servealaw@albertellilaw.com

Tony V. Sutton a/k/a Tony Sutton
2816 S. Slater Dr.
Deltona, FL 32738

Argent Mortgage Company, LLC
c/o National Registered Agents, Inc., R.A.
111 Eighth Avenue, 13th Floor,
New York, NY 10011

Florida Housing Finance Corporation
c/o Hugh R. Brown
227 North Bronough Street, Suite 5000
Tallahassee, FL 32301
E-Serve 1: Hugh.Brown@floridahousing.org, E-Serve 2: efiling@floridahousing.org

**Computershare**

Subject Property
2816 S SLATER DRIVE
DELTONA, FL 32725



Inspection Date: 03/02/2021    (Exterior Report)

## ORDER DETAILS

| | | | |
|---|---|---|---|
| Client | SLS | Mortgagors Name | TONY V SUTTON |
| Client Loan Number | | Order Number | |
| Tracking #1 | | Property ID | |
| Broker Name | David Aponik | License Number | |
| Broker Phone | (386) 747-8518 | eSignature* | (*Signature on File) |
| Broker Company | David Aponik Realtor, LLC | Date Signed | 03/02/2021 |
| Broker Address | P.O. Box 391634  Deltona, FL 32739 | Subject Address | 2816 S SLATER DRIVE  DELTONA, FL 32725 |

### SUBJECT FRONT / NEIGHBORHOOD



## PRICE ESTIMATE

| | | | | |
|---|---|---|---|---|
| AS-IS (60-90 Days) | $175,000 | | Repaired (60-90 Days) | $175,000 |
| AS-IS (Quick Sale) | $175,000 | | Repaired (Quick Sale) | $175,000 |
| Estimated Land Value | $12,000 | | Total Repair Costs | $0 |
| PSF As-Is (Price per SqFt) | $99.21 | | PSF Repaired (Price per SqFt) | $99.21 |

## GENERAL INFORMATION

| | | | |
|---|---|---|---|
| County | Volusia | Overall Condition | Average |
| Development or Neighborhood Name | DELTONA LAKES UNIT 32 | Curb Appeal | Average |
| Zoning | Residential | Landscaping Condition | Average |
| Legal Description | SEC/TWN/RNG/MER:SEC 30 TWN 18S RNG 31E LOT 8 BLK 776 DELTONA LAKES UNIT 32 MB 27 PGS 101 TO 118 INC PER OR 2086 PG 1238 PER OR 5410 PG 4123 | | |
| Homeowners Association | No | Secured? | Yes |
| HOA Name | | Occupancy Status | Occupied |
| HOA Mgmt. Co, Name | | If "Occupied", by whom? | Owner |
| HOA Phone | | Subject conforms to neighborhood? | Yes |
| HOA Dues | | Are any Code Violations Posted? | No |
| HOA Dues Frequency | | Is the property subject to any rent controls? | No |
| HOA Dues Include | | Does the City or Municipality require Vacant Property Registration? | Yes |
| Environmental Hazards | None | Site Influences | None |

## TAX DATA, SALES & LISTING HISTORY

| | | | |
|---|---|---|---|
| Tax Assessed Value Date | 01/01/2020 | Last Known Sale Date | 10/04/2004 |
| Tax Assessed Value | 76,413 | Last Known Sale Price | 135,672 |
| Current Annual Real Estate Taxes | 986.93 | Taxes Delinquent? | No |
| Assessor's Parcel Number (APN) | 8130-32-46-0080 | Amount Delinquent | |
| Currently Listed for Sale (In MLS or FSBO)? | No | | |
| Agent Name | | Original List Price | |
| Agent Company | | Original List Date | |
| Agent Phone | | Current List Price | |
| DOM | | Current List Date | |
| Transaction Type | | Dwelling Access | |
| Listing Status | | MLS Number | |

**Computershare**

Subject Property
2816 S SLATER DRIVE
DELTONA, FL 32725

**BPO** BROKER PRICE OPINION

Inspection Date: 03/02/2021  (Exterior Report)

## NEIGHBORHOOD & MARKET INFORMATION

| | | | |
|---|---|---|---|
| Density | Suburban | Prior 12 Month Home Values Have | Increasing |
| Predominant Occupancy | Owner | At a Rate of | 14 |
| Neighborhood Values Low | 156,400 | Housing Supply of Similar Homes | Shortage |
| Neighborhood Values High | 300,000 | Typical Marketing Time | 30-60 Days |
| Predominant Value | 225,000 | Vandalism Present in Area | No |
| Number of Homes in Direct Competition | 3 | Average DOM Active Comps | 59 |
| Number of Similar Homes Sold in Last 6 Months | 14 | Average DOM Sold Comps | 40 |

**Neighborhood Comments**: Subject is in a neighborhood of similar and older homes with some new construction and has average access to schools, shopping and public parks.

## AREA PRICE & AVERAGE PRICE & SALES VOLUME CHARTS



## AREA SALES DATA

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 185 | 86 | 81 | -6 % | Stable |
| Absorption Rate (Total Sales/Months) | 31 | 29 | 27 | -6 % | Stable |
| Total # of Comparable Active Listings | 81 | 81 | 54 | -53 % | Decreasing |
| Months of Housing Supply (Total Listings/Absorption Rate) | 3 | 3 | 2 | -51 % | Decreasing |

| Median Sale & List Price, DOM, List to Sales Ratio | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Median Comparable Sale Price | 186,000 | 195,000 | 202,500 | 14 % | Increasing |
| Median Comparable Sales DOM | 75 | 59 | 51 | -25 % | Decreasing |
| Median Comparable List Price | 197,500 | 210,000 | 224,900 | 16 % | Increasing |
| Median Comparable Listings DOM | 69 | 40 | 32 | -56 % | Decreasing |
| Median Sale Price as % of List Price | 100 % | 100 % | 100 % | 0 % | Stable |

## DEFERRED MAINTENANCE

**Deferred Maintenance Present or Repairs Needed?** No

| # | Description | Cost | Comments |
|---|---|---|---|
| 1 | | $ | |
| 2 | | $ | |
| 3 | | $ | |
| 4 | | $ | |
| 5 | | $ | |
| 6 | | $ | |
| 7 | | $ | |
| 8 | | $ | |
| 9 | | $ | |
| 10 | | $ | |
| 11 | | $ | |
| 12 | | $ | |
| | Total Repair Costs | $ 0 | |